**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 01-178 (TFH)** |
| | : | |
| **v.** | : | |
| | : | |
| **KEITH AVENTS** | : | |
|     **Defendant.** | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael Harvey, at telephone number 202-305-2195 and/or email address michael.harvey2@usdoj.gov. Michael Harvey will substitute for Assistant United States Attorney Tonya Sulia as counsel for the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN.
    United States Attorney

---

Michael Harvey
Assistant United States Attorney
Federal Major Crimes, Bar No. 447-465
555 4th Street, NW, Room 4243
Washington, DC 20530
202-305-2195